# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 28, 2026

Lyle W. Cayce
Clerk

No. 25-30353
Summary Calendar

United States of America,

*Plaintiff—Appellee,*

*versus*

Amy Willis,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:23-CR-197-14

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Amy Willis has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Willis has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30353

assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.